No. 92–6398.  JACKSON v. SANDAHL, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–6403.  HERRON v. WOODRUFF ET AL.  C. A. 8th Cir. Certiorari denied.

No. 92–6405.  ESTREMERA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 92–6406.  JONES v. THOMPSON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 92–6407.  FORD v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–6411.  CARTA v. TOWN OF FAIRFIELD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 92–6412.  CALLIS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 92–6420.  MITAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–6421.  PADIOS v. CONTINENTAL GROUP, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 92–6424.  WATSON v. TAYLOR, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 92–6434.  ROE v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 92–6437.  MESSAMORE v. FALK, DIRECTOR OF CORRECTIONS, HAWAII.  C. A. 9th Cir.  Certiorari denied.

No. 92–6441.  CASAS-ACEVEDO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6444.  FINOCCHI v. ARIZONA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–6445.  JOHNSON v. BORG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.